# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MICHAEL GRAHAM  
ADC #129445                                                                                          PLAINTIFF

V.                                          4:10CV00456 WRW/JTR

SALINE COUNTY DETENTION FACILITY, et al.                                  DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's May 24, 2010 Order.   Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 23rd day of July, 2010.

/s/Wm. R. Wilson, Jr.  
UNITED STATES DISTRICT JUDGE